# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 12, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146843

In re BANKS/KIMBLE, Minors.

SC: 146843
COA: 311934
Ottawa CC Family Division:
08-059481-NA

_____/

On order of the Court, the application for leave to appeal the February 14, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 12, 2013

_____
Clerk

s0409